USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

　　　　　　　　　　　　　　　　Plaintiff,

　　-against-

VEGAS.COM, LLC,

　　　　　　　　　　　　　　　　Defendant.

--------------------------------------------------------------X

1:19-cv-06944 (ALC)

<u>ORDER OF DISMISSAL</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On December 4, 2019, the Court ordered Plaintiff to show cause by January 6, 2020, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 6. Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

Dated:　February 3, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　United States District Judge